- 1 -

Your Name: Elias Torres Ramirez

Address: 665 Russell Ave, #3
Santa Rosa CA 95403

Phone Number: 707 727 5466

Fax Number:

E-mail Address: elitsbusiness1@gmail.com

Pro Se Plaintiff

**FILED**

JUL 31 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elias Torres Ramirez
665 Russell Ave. #3
Santa Rosa Ca, 95403

Plaintiff,

vs.

Brad Gienger
840 Sonoma Ave.
Santa Rosa CA 95404

Defendant.

CV23 3844

KAW

Case Number    *[leave blank]*

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐  No ☐

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: Brad Gienger

Address: 840 Sonoma Ave.
Santa Rosa CA 95404

Telephone: 707 578 8883

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 2 -

2.  Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: whoever supports him

Address:

Telephone:

Defendant 2:

Name:

Address:

Telephone:

Defendant 3:

Name:

Address:

Telephone:

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT

PAGE ____ OF ____ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.      Venue is appropriate in this Court because:

[ ] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.      Because this lawsuit arose in San Francisco County, it should be assigned to the _____ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

Government Laws, Divine laws institutional Laws, California State Laws, Copy Right Laws, California State Privacy Laws, burgulary,

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

electronic hijacking, bank Accounts, Interfering in Divine providence, Relationships breaking into my emails Private material, Interfering with my messages that I did not send or other Things that Pertain to me Discipleship Training many other things That others may have witnessed.

//

//

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 5 -

## CLAIMS

### First Claim

(*Name the law or right violated*: Divine providance                     )

(*Name the defendants who violated it*: Brad Grienger                    )

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

Stolen finances and other Accounts, fraad, lying, stealing, Interferring with the holy Spirits work flow.

What we and the other People need to get done.

//

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 6 -

Freedom of Religion **Claim**

(*Name the law or right violated:* 1st amendment                    )
(*Name the defendants who violated it:* Brad    Gienger              )
   Freedom    of    speech.
Right   To   relationships.   everything
else   that   pertains   to   me/us.

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Enforce my 1st amendment Rights To practice my freedom of religion and speech and everything else that is right that Pertains to me/us.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 07/31/2023   Sign Name: Elias Torres Ramirez

Print Name: Elias Torres Ramirez

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

Elias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/20/2023

**(FYI) notification, addressing the issues, making people aware. For your information:**
**Regarding myself:**

My special Divine designation
1) Hi there, my name is Elias
2) I am not a normal person please know that I am not a normal person.
3) Please do not lie to me and steal from me.
4) Give me any type of nonsense. Includes saying things like they were saying to not do their jobs.

Meaning any type of run around.
People making excuses on why they cannot do their Jobs or what or that they may not want to do their Jobs.

1) Special Primary Divine Designation
2) Special military Secondary Primary Military Designation depending on the situation
3) 3rd Designation Law Enforcement.
4) Civil/General Designation,

Other concerning matters:
The predictions that I made a long time ago.

My uncle can verify this part about me making predictions for about 38 yrs. Ago

- Uncle Dan
- Judge Mark Boessenecker from Napa Valley
- Mr. Floyd San Francisco VA peer support specialist.
- Dr. Stuart. Santa Rosa VA.

Things that pertain to me/us. Regarding **Sacred Unions** Vs. Man's versions

| | Where it is found in the bible |
|---|---|
| • Mark 10: 9 | |
| • 1 Corinthians 7: 10-11 | • Genesis 3: 16-18 |
| • Genesis 2: 18 | • 1 Peter 3: 18 |
| • Exodus 20: 17 | • Ephesian s 5: 23 |
| • Galatians 3: 15 | • Colossians 1: 18 |

(FYI)
To: notify, warnings, examples of warnings, when a police officer warns to slow down/when they tell you that the road maybe out ahead. Addressing Issues. Making the person aware of whatever Issues.
These only apply for certain Issues regarding my information.

Things that pertain to my relationships
1) (a) It is not his place. (b) Business. (c) Do not need to be explaining myself.
2) Interfering in my divine providence.
3) Not keeping their word.
4) Stealing, lying about them stealing from me.
5) Fraud/identity theft.

Sincerely,
Elias T. Ramirez.

Elias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/20/2023

**(FYI) notification, addressing the issues, making people aware. For your information: Regarding myself: here is Evidence-based Facts and Guarantees.**

Evidence-based Facts and Guarantees.
Examples: on reasons why.
God his leaders and the things of God that are Holy,
We cannot tell God what to do, we cannot tell Gods leaders what to do.
You cannot mess with the things that of God.
Examples of the things of God:
The story of Eli and
Therefore, these people are going to you know what.
Examples of God, his leaders and peoples, Egypt the greatest superpower at the time. Moses Gods chosen leader. We cannot criticize God his leaders, why because it is not your place or their place. You or any of them better back off they do not know what they are talking about. They do not have the right to be judgmental in any of these areas this is not a joke.

People that can Identify and confirm
Contact information.

| | |
|---|---|
| Pastor Doug Batchelor From: Granite Bay SDA Church 707 659 6600 | That I work for the government. Santa Rosa VSO (707) 565 5960 |
| VA Reginal Bradley (669) 331 9644 | © Command. 855 948 2311 |

Credible, backed by this information.
This should be more than enough information on what I say, do.

- Regarding Uncle Dan/my predictions (951) 595 6606 **need to ask for the person that can provide the information**
- Judge Mark Boessenecker from Napa Valley (707) 299 1100
- Mr. Floyd San Francisco VA peer support specialist. (415) 221 4810
- Dr. Stuart. Santa Rosa VA. (707) 569 2300

I talked to God, whoever knows this information needs to Identify and confirm it. God's word never fails. I need this immediately. This also involves everything that pertains to me.

Mr. Roberts's #        (707) 710 5154        Concerning predictions and consequences.

LT. Barney's #        (951) 595 6606        concerning predictions about advancements of our

Not accusations but this has been my experience about doing things.
Talking to people that cannot do the jobs that they were hired to do.
Please disregard if it does not apply.

Sincerely,
Elias T. Ramirez.